Same case below, 22 So. 3d 867.

**No. 09-1095. John Daily, et ux., Petitioners v. Oklahoma ex rel. Oklahoma Department of Human Services, et al.**

560 U.S. 905, 130 S. Ct. 3278, 176 L. Ed. 2d 1185, 2010 U.S. LEXIS 3926.

May 17, 2010. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, Third Division, denied.

Same case below, 228 P.3d 1199.

**No. 09-1103. Ute Distribution Corporation, Petitioner v. Ken L. Salazar, Secretary of the Interior, et al.**

560 U.S. 905, 130 S. Ct. 3285, 176 L. Ed. 2d 1185, 2010 U.S. LEXIS 4012.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 584 F.3d 1275.

**No. 09-1104. Marlene Whittier, as Personal Representative of the Estate of Anthony Diotaiuto deceased and individually, Andrew Diotaiuto, Petitioners v. Daniel Kobayashi, individually; Marlene Whittier, as Personal Representative of the Estate of Anthony Diotaiuto deceased and individually, Andrew Diotaiuto, Petitioners v. Eric Goldstein, individually, and Eirk Palacio, individually; and Marlene Whittier, as Personal Representative of the Estate of Anthony Diotaiuto deceased and individually, Andrew Diotaiuto, Petitioners v. Andre Bruna, individually and Sean Visners, individually.**

560 U.S. 905, 130 S. Ct. 3286, 176 L. Ed. 2d 1185, 2010 U.S. LEXIS 3990.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 581 F.3d 1304 (first judgment); 343 Fed. Appx. 517 (second judgment); 343 Fed. Appx. 505 (third judgment).

**No. 09-1105. AIG Baker Sterling Heights, LLC, et al., Petitioners v. American Multi-Cinema, Inc.**

560 U.S. 905, 130 S. Ct. 3287, 176 L. Ed. 2d 1185, 2010 U.S. LEXIS 3931.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 579 F.3d 1268.

**No. 09-1106. Bernard Dolenz, Petitioner v. Nancy Vail, Executrix of the Estate of Dmitri Vail, Deceased.**

560 U.S. 905, 130 S. Ct. 3287, 176 L. Ed. 2d 1185, 2010 U.S. LEXIS 3951.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

Same case below, 293 S.W.3d 842.